## UNITED STATES DISTRICT COURT      EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| JEREMIAH PIER PILOT,<br><br>    Plaintiff,<br><br>*versus*<br><br>STEVEN EDWARDS, *et al.*,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§     CIVIL ACTION NO. 1:18-CV-191<br>§<br>§<br>§<br>§ |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Jeremiah Pier Pilot, an inmate confined at the Michael Unit, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends granting the defendants' motion to dismiss.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. It is

**ORDERED** that the defendants' motion to dismiss is **GRANTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

SIGNED at Beaumont, Texas, this 7th day of May, 2021.

                                                           MARCIA A. CRONE<br>
                                                   UNITED STATES DISTRICT JUDGE